IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTEMIO M. ARROYO,

          Petitioner,

  v.

RANDY GROUNDS, Warden,

          Respondent.

_____/

No. C 09-01745 SBA (PR)

**JUDGMENT**

      Pursuant to the Court's Order of today's date granting Respondent's motion to dismiss, IT IS ORDERED AND ADJUDGED that this action is dismissed for failure to state a claim upon which relief may be granted.

      IT IS SO ORDERED.

DATED: September 30, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

G:\PRO-SE\SBA\HC.09\Arroyo.1745.jud.wpd

1

2   UNITED STATES DISTRICT COURT

3   FOR THE

4   NORTHERN DISTRICT OF CALIFORNIA

5

6

7   ARTEMIO M ARROYO,                          Case Number: CV09-01745 SBA

8            Plaintiff,                         **CERTIFICATE OF SERVICE**

9      v.

10  BEN CURRY et al,

11           Defendant.
                                    /
12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

14

15  That on October 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
16  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

17

18
    Artemio Mendez Arroyo C-20149
19  California Training Facility
    P.O. Box 689
20  Soledad, CA 93960

21  Dated: October 1, 2010

22                                             Richard W. Wieking, Clerk
                                               By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28

G:\PRO-SE\SBA\HC.09\Arroyo.1745.jud.wpd     2