United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTEMIO M. ARROYO,

          Petitioner,

  v.

RANDY GROUNDS, Warden,

          Respondent.

_____/

No. C 09-01745 SBA (PR)

**ORDER DENYING CERTIFICATE OF**
**APPEALABILITY**

      The federal rules governing habeas cases brought by state prisoners have been amended to require a district court that dismisses or denies a habeas petition to grant or deny a certificate of appealability (COA) in its ruling. See Rule 11(a), Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 (effective December 1, 2009).

      For the reasons stated in the Court's Order Granting Respondent's Motion to Dismiss dated September 30, 2010, Petitioner has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, a COA is DENIED.

      IT IS SO ORDERED.

DATED: 10/20/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   ARTEMIO M ARROYO,

                                            Case Number: CV09-01745 SBA
5              Plaintiff,
                                            **CERTIFICATE OF SERVICE**
6     v.

7   BEN CURRY et al,

8              Defendant.
    _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11

12  That on October 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15

16  Artemio Mendez Arroyo C-20149
    California Training Facility
17  P.O. Box 689
    Soledad, CA 93960

18  Dated: October 20, 2010

19                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28